FILED
2016 JAN -6 PM 3: 01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. UNIVERSITY LOFT COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY FURNISHINGS, LP, and FREEDOM FURNITURE GROUP, INC<br><br>Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. A-13-CV-0678SS |

## ORDER

The United States and Relator having submitted their Joint Stipulation of Voluntary Dismissal Pursuant to Settlement Agreement, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1) and for good cause shown, it is HEREBY ORDERED that:

1. Subject to the terms of the settlement agreement with defendants University Furnishings, LP, and Freedom Furniture Group, Inc., filed as Exhibit A to the United States' Notice of Election to Intervene for Purposes of Settlement, all claims in this action are hereby dismissed: 1) with prejudice to Relator; 2) with prejudice to the United States to the extent that the claims are identified in Paragraph D of, and Appendix A to, the settlement agreement; and 3) without prejudice to the United States with respect to any other claims.

2. This Court shall retain jurisdiction to enforce the terms of the settlement agreement.



IT IS SO ORDERED.

SIGNED this 6th day of January 2016.

_____
United States District Judge